NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Lilys D. McCoy (Cal. State Bar No. 156918)
E-mail: ldm@mtrlaw.com
MCCOY, TURNAGE & ROBERTSON, LLP
5469 Kearny Villa Road, Suite 206
San Diego, California 92123
Tel: (858) 300-1900
Fax: (858) 300-1910

ATTORNEYS FOR: Plaintiff, SERGIO CEDENO

FILED 2010 AUG 16 PM 2:56 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERGIO CEDENO, an individual; on behalf of himself and all others similarly situated

Plaintiff(s),

v.

ARS NATIONAL SERVICES, INC., a California Corporation; and DOES 1 through 10 inclusive,

Defendant(s)

CASE NUMBER: SACV10-1245 JVS(PLAx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff, SERGIO CEDENO (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Defendant, ARS NATIONAL SERVICES, INC.    Liability for the wrongdoing alleged in the Complaint

Sergio Cedeno                                        Plaintiff

August 16, 2010
Date

/s/ Lilys D. McCoy
Sign

Lilys D. McCoy
Attorney of record for or party appearing in pro per