UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CEDENO, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., a California Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 3:11-cv-01281-JAH (KSC)<br><br>**ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF, SERGIO CEDENO** |

IT IS ORDERED THAT the Application to substitute the Law Offices of Christopher C. Saldaña in place of Edelman, Combs, Latturner & Goodwin, LLC as counsel of record for Plaintiff, Sergio Cedeno, in this action is hereby GRANTED.

Dated: June 5, 2012

HON. JOHN A. HOUSTON
Judge, United States District Court

ORDER GRANTING SUBSTITUTION OF COUNSEL FOR PLAINTIFF